# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** City of Port Isabel, et al.

**v.** Federal Energy Regulatory Commission

**Case No:** 23-1175 and 23-1222

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ◯ Retained   ◯ Pro Bono   ◯ Appointed (CJA/FPD)   ⦿ Gov't counsel

for the ◯ Appellant(s)/Petitioner(s)   ⦿ Appellee(s)/Respondent(s)   ◯ Intervenor(s)   ◯ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Federal Energy Regulatory Commission

### Counsel Information

**Lead Counsel:**

Direct Phone: (___) _____   Fax: (___) _____   Email:

**2nd Counsel:**

Direct Phone: (___) _____   Fax: (___) _____   Email:

**3rd Counsel:** Jason T. Perkins

Direct Phone: ( 202 ) 502-6413   Fax: ( 202 ) 273-0901   Email: jason.perkins@ferc.gov

**Firm Name:** Federal Energy Regulatory Commission

**Firm Address:** 888 First Street NE, Washington, DC  20426

**Firm Phone:** ( 202 ) 502-6413   Fax: ( 202 ) 273-0901   Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

*City of Port Isabel, et al. v. FERC*
<u>D.C. Cir. Nos. 23-1175 and 23-1222</u>

# **CERTIFICATE OF SERVICE**

I hereby certify that, on February 8, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                    */s/ Jason T. Perkins*
                                                    Jason T. Perkins
                                                    Attorney

Federal Energy Regulatory
 Commission
888 First Street, NE
Washington, DC 20426
Telephone: (202) 502-6413
Email: jason.perkins@ferc.gov

February 8, 2024