ORAL ARGUMENT SET FOR MAY 17, 2024

No. 23-1175 (L), 23-1222

**UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

CITY OF PORT ISABEL, *et al.*,
*Petitioners*,
v.
FEDERAL ENERGY REGULATORY COMMISSION,
*Respondent.*

_____

On Petition for Review of Orders of the
Federal Energy Regulatory Commission

_____

**ERRATA TO PETITIONERS' JOINT FINAL REPLY BRIEF**

Nathan Matthews
Sierra Club
2101 Webster St., Suite 1300
Oakland, CA 94612
415-977-5695
nathan.matthews@sierraclub.org

Tom Gosselin
Sierra Club
P.O. Box 4998
Austin, TX 78723
424-346-3276
tom.gosselin@sierraclub.org

Lisa M. Diaz
Sierra Club
910 Julia Street,
New Orleans, LA 70113
305-336-2258
lisa.diaz@sierraclub.org

*Attorneys for Sierra Club and Vecinos para el Bienestar de la Comunidad Costera*

*Additional counsel listed on inside cover.*

Gilberto Hinojosa
531 E. St. Francis St.
Brownsville, Texas 78520
(956) 544-4218
ghinojosa@ghinojosalaw.net

*Attorney for City of Port Isabel*

Dated March 26, 2024

Petitioners hereby respectfully submit this errata to the Reply Proof Brief of Petitioners filed on March 12, 2024 (Doc. No. 2044638). The final reply omits a paragraph in the summary regarding a claim not brought in this case. Specifically, Petitioners' proof reply brief, which was derived from the parallel brief filed in case 23-1174 (L) (concerning the Rio Grande terminal), inadvertently included a paragraph in the summary (page 3) that pertained to a carbon capture and sequestration claim brought in case 23-1174 but not in this case. This now-omitted paragraph read:

> On carbon capture and sequestration, Vecinos held that FERC failed to demonstrate that the project's greenhouse emissions did not render them contrary to the public interest. This is not a case where FERC has already determined that further mitigation is unnecessary. Carbon capture is also a connected action, demonstrated by Rio Grande's explicit request that FERC consider carbon capture in its reevaluation of the terminal.

Because no such claim is brought in this case, or argued elsewhere in the reply, this paragraph is omitted from the final reply's summary. Other than addition of joint appendix cites, updates to citations to the prior briefs, and typographic changes, no other changes have been made between the proof and final reply briefs in this case.

Dated March 26, 2024

Respectfully submitted,

/s/ *Nathan Matthews*
Nathan Matthews
Sierra Club
2101 Webster St., Suite 1300
Oakland, CA 94612
415-977-5695
nathan.matthews@sierraclub.org

Lisa M. Diaz
Sierra Club
910 Julia Street,
New Orleans, LA 70113
305-336-2258
lisa.diaz@sierraclub.org

Tom Gosselin
Sierra Club
P.O. Box 4998
Austin, TX 78723
424-346-3276
tom.gosselin@sierraclub.org
*Attorneys for Carrizo Comecrudo Tribe of Texas, Sierra Club, and Vecinos para el Bienestar de la Comunidad Costera*

/s/ *Gilberto Hinojosa*
Gilberto Hinojosa
531 E. St. Francis St.
Brownsville, Texas 78520
(956) 554-4218
ghinojosa@ghinojosalaw.net
Attorney for City of Port Isabel

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of March, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

*/s/ Nathan Matthews*
Nathan Matthews
