

2000 Pennsylvania Ave., NW
Suite 6000
Washington, DC 20006
202- 298-1800 Phone
202- 338-2416 Fax

July 25, 2024

*Vía ECF*

Mark J. Langer
Clerk of the Court
United States Court of Appeals for the District of Columbia Circuit
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

Re:   *City of Port Isabel, et al. v. FERC*, No. 23-1175, *et al.*
      Response to Rule 28(j) Supplemental Authorities (Argued May 17, 2024)

Dear Mr. Langer:

FERC is correct that *Healthy Gulf, et al. v. FERC*, No. 22-1069, does not support Petitioners' arguments.

Petitioners falsely assert that they made the same argument as in *Healthy Gulf*, namely that FERC allegedly failed to justify not following "*the* ad hoc approach" in *Northern Natural Gas Co.*, 174 FERC ¶ 61,189 (2021). Pet'r Ltr. 1. Petitioners never urged this argument before FERC, *see* Reh'g Req. J.A.512-551, and, therefore, waived it. 15 U.S.C. § 717r(b). While Petitioners argued that FERC could make "*an* ad-hoc determination" based on FERC's draft greenhouse gas policy statement, nowhere do Petitioners even refer to or cite *Northern Natural*. J.A.544-45. *Healthy Gulf* actually supports FERC's explanation that it would not apply the draft policy. Slip Op. 8-9 (citing *Ala. Mun. Distribs. Grp. v. FERC*, 100 F.4th 207, 214-15 (D.C. Cir. 2024)); Remand Order at P 39 (J.A.159).

Petitioners' *Northern Natural* arguments are also outside the scope of the remand. FERC Ltr. 2. The remand concerned "whether 40 C.F.R. § 1502.21(c) calls for [FERC] to apply the social cost of carbon protocol or some other analytical

framework, as 'generally accepted in the scientific community.'" *Vecinos para el Bienestar de la Comunidad Costera v. FERC*, 6 F.4th 1321, 1330 (D.C. Cir. 2021). *Northern Natural* did not concern 40 C.F.R. § 1502.21(c). FERC did not apply the social cost of carbon, or any generally accepted scientific method in *Northern Natural*. 174 FERC ¶ 61,189 at P 36. Such arguments are outside the scope of the remand, and *Northern Natural* is irrelevant here.

Indeed, *Healthy Gulf* supports FERC's decision not to apply the social cost of carbon to determine significance. In *Healthy Gulf*, this Court found FERC's rationale that "there are no criteria to identify what monetized values are significant for NEPA purposes" and that FERC was "unable to identify any such appropriate criteria" as sufficient. Slip Op. 9 (citing *Ctr. For Biological Diversity v. FERC*, 67 F.4th 1176, 1183-84 (D.C. Cir. 2023)). FERC properly relied on the same rational here. Remand Order at P 20 (J.A.10-11); Rehearing Order at P 42 (J.A.160-61).

> Respectfully submitted,
>
> */s/ Michael R. Pincus*
> Michael R. Pincus
> Paul Korman
> Mosby Perrow
> Van Ness Feldman, LLP
> 2000 Pennsylvania Ave., N.W.
> Washington, D.C. 20006
> Phone: (202) 298-1800
> Fax: (202) 338-2416
> Email: mrp@vnf.com
>     pik@vnf.com
>     mperrow@vnf.com
>
> *Attorneys for Respondent-Intervenor Texas LNG Brownsville LLC*

2

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT

1. This document complies with the type-volume limit of Federal Rule of Appellate Procedure 28(j) because this document contains 343 words.

2. This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2010 in 14-point Times New Roman font.

Respectfully submitted,

*/s/ Michael R. Pincus*
Michael R. Pincus
Van Ness Feldman, LLP
2000 Pennsylvania Ave., NW, Ste. 6000
Washington, D.C. 20006
Phone: (202) 298-1800
Email: mrp@vnf.com

*Attorney for Texas LNG Brownsville LLC*

Dated: July 25, 2024

# CERTIFICATE OF SERVICE

Pursuant to Rule 25(d) of the Federal Rules of Appellate Procedure, I hereby certify that the foregoing document was electronically filed through this Court's CM/ECF system, which will send a notice of filing to the counsel registered to receive service through the Court's CM/ECF system via electronic filing.

        Respectfully submitted,

        */s/ Michael R. Pincus*
        Michael R. Pincus
        Van Ness Feldman, LLP
        2000 Pennsylvania Ave., N.W.
        Washington, D.C. 20006
        Phone: (202) 298-1800
        Fax: (202) 338-2416
        Email: mrp@vnf.com

        *Attorney for Respondent-Intervenor*
        *Texas LNG Brownsville LLC*

Dated: July 25, 2024