No. 23-1175 (L), 23-1222

# UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

CITY OF PORT ISABEL, *et al.*,

*Petitioners*,

v.

FEDERAL ENERGY REGULATORY COMMISSION,

*Respondent.*

─────────────────────────────────────────────

On Petition for Review of Orders of the
Federal Energy Regulatory Commission

─────────────────────────────────────────────

## PETITIONERS' JOINT OPPOSITION TO MOTION TO EXTEND TIME TO PETITION FOR REHEARING

| | |
|---|---|
| Nathan Matthews | Rebecca McCreary |
| Sierra Club | Sierra Club |
| 2101 Webster St., Suite 1300 | 1650 38th St. Ste. 103W |
| Oakland, CA 94612 | Boulder, CO 80301 |
| 415-977-5695 | 303-449-5595 ext. 103 |
| nathan.matthews@sierraclub.org | rebecca.mccreary@sierraclub.org |

*Attorneys for Sierra Club and Vecinos para el Bienestar de la Comunidad Costera*

***Additional counsel listed on inside cover.***

Gilberto Hinojosa
531 E. St. Francis St.
Brownsville, Texas 78520
(956) 544-4218
ghinojosa@ghinojosalaw.net

*Attorney for City of Port Isabel*

Dated September 3, 2024

Petitioners City of Port Isabel, Sierra Club, and Vecinos para el Bienestar de la Comunidad Costera oppose intervenor Texas LNG's motion to extend the time for seeking rehearing and rehearing en banc. Texas LNG principally asks that the deadline be extended to keep this case coordinated with 23-1174 (L), concerning the Rio Grande LNG project. Because the request for an extension in that case should be denied, as explained in Petitioners' opposition in that case, this one should be as well.

As to Texas LNG's specific arguments, no unusual facts make coordination between the agency and intervenors here more difficult than in a typical case. Texas LNG's voluntary decision to substitute counsel, without any assertion that prior counsel is unavailable or incapable of continuing to represent Texas LNG in this matter, does not justify a delay that, if applied to the parallel Rio Grande LNG proceeding, will harm Petitioners. And Texas LNG's counsel is already familiar with the case itself, having previously represented Rio Grande LNG from the start of this litigation until now.

This Court has already withheld issuance of the mandate to allow respondents 45 days to seek rehearing. That time is more than adequate, and the Court should deny the request for an extension.

Dated: September 3, 2024

Respectfully submitted,

/s/ Nathan Matthews
Nathan Matthews
Sierra Club
2101 Webster St., Suite 1300
Oakland, CA 94612
415-977-5695
nathan.matthews@sierraclub.org

Rebecca McCreary
Sierra Club
1650 38th St. Ste. 103W
Boulder, CO 80301
303-449-5595 ext. 103
rebecca.mccreary@sierraclub.org
*Attorneys for Sierra Club and Vecinos para el Bienestar de la Comunidad Costera*

/s/ Gilberto Hinojosa
Gilberto Hinojosa
531 E. St. Francis St.
Brownsville, Texas 78520
(956) 554-4218
ghinojosa@ghinojosalaw.net
*Attorney for City of Port Isabel*

2

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rules of Appellate Procedure Rule 27(d) and 32(a), I certify that the foregoing opposition complies with:

1. the type-volume limitations established by Rule 27(d)(2)(A), because this opposition contains 207 words; and

2. the typeface requirements of Rule 32(a)(5) and the type style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface (14-point) using Microsoft Word (the same program used to calculate the word count).

<u>*/s/ Nathan Matthews*</u>
Nathan Matthews
Sierra Club
2101 Webster St., Suite 1300
Oakland, CA 94612
415-977-5695
nathan.matthews@sierraclub.org
*Attorney for Vecinos para el Bienestar de la Comunidad Costera and Sierra Club*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of September, 2024, I have served the foregoing Petitioners' Joint Opposition to Motion to Extend Time on all registered counsel through the Court's electronic filing system (ECF).

<u>*/s/ Nathan Matthews*</u>
Nathan Matthews
Sierra Club
2101 Webster St., Suite 1300
Oakland, CA 94612
415-977-5695
nathan.matthews@sierraclub.org

*Attorney for Vecinos para el Bienestar de la Comunidad Costera and Sierra Club*